IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------X

Joan Simone, on behalf
of herself and all others similarly situated,        Index No.12-cv-1657 (MKB) (RER)

                     Plaintiff,

                     v.

The CBE Group, Inc.

                     Defendant.

-----------------------------------------------------X

## AFFIDAVIT OF SERVICE BY MAIL

      Shimshon Wexler declares under the penalty of perjury that on May 2nd, 2012, I mailed upon:

The CBE Group, Inc. a copy of the following document:

1-The Amended Complaint in the above entitled action

by placing it in an envelope with proper postage and depositing it into a depository approved by the United States Post Office.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      May 7th, 2012

                                               Shimshon Wexler